UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAWRENCE P. RUMBOUGH
Plaintiff(s),

-v- MIDFIRST BANK
MIDLAND MORTGAGE CO.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
KASS, SHULER, SOLOMON, SPECTOR, FOYLE & SINGER, PA
RICHARD S. MCIVER
Defendant(s)

Case No: 6:07-CV-1352 ORL 22 D

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Larry Rumbough, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: I am suing various parties for their illegal activities as part of a foreclosure suit and related activities. These activities are primarily responsible for my filing bankruptcy. I must pay all my non-discretionary income to the bankruptcy trustee and cannot afford the filing fee in this case.

II. RESIDENCE
Affiant's address: 840 Lilac Trace Lane
(Street)

Orlando                                FL          32828-
(City)                                 (State)     (Zip Code)

DC 101 (Rev. 1/97)                                         Page 1

III. MARITAL STATUS:
   1. Single ☒   Married ☐   Separated ☐   Divorced ☐
   2. If married, spouse's full name: _____

IV. DEPENDENTS:
   1. Number: _0_
   2. Relationship to dependent(s): _____
   3. How much money do you contribute to your dependents' support on a monthly basis?
      $ _____

V. EMPLOYMENT: (Information provided below applies to your present employment or last employment).
   1. Name of employer: _State of Florida_
      a. address of employer: _425 N. Orange Avenue_
         (Street)
         _Orlando_ _FL_ _32801_ -
         (City) (State) (Zip)
      b. State how long affiant has been (was) employed by present (or last) employer?
         Years: _3_   Months: _2_
      c. Income: Monthly $ _3,000_   or   Weekly: $ _____
      d. What is (was) the affiant's job title? _____
   2. If unemployed, date of last employment: _____
   3. Is spouse employed? Yes ☐ No ☐ If so, name of employer: _____
      a. Income: Monthly $ _____   or   Weekly: $ _____
      b. What is spouse's job title? _____
   4. Are you and/or your spouse receiving welfare aid? Yes ☐   No ☒
      If so, amount: Monthly $ _____   or   Weekly $ _____

VI. FINANCIAL STATUS:
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _Townhouse_

b. Full address: 2808 Gray Fox Lane
(street)
Orlando                              FL            32826 -
(City)                              (State)            (Zip)

c. In whose name? Larry Rumbough

d. Estimated value:                              $ 144,000

e. Total amount owed:                            $ _____

   Owed to: Midland Mortgage Co.       for      $ 100,000

   _____      for      $ _____

f. Annual income from property:                  $ 0

2. Other assets/property:

   a. Automobile:   Make Saturn         Model SL1
      In whose name registered: Larry Rumbough/Pegasus Financing
      Present value of car:                      $ 2,300
      Amount owed:                               $ 0
      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $ 100.00

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

   Business, profession, or other forms of
   self employment:                              $ 0

   Rent payments, interest, or dividends:        $ 0
   Pensions, annuities, or life insurance payments  $ 0
   Gifts or inheritances:                        $ 0
   Stocks, bonds, or notes:                      $ 0
   Other sources:                                $ 0

3. Obligations:
   a. Monthly rental on house or apartment:      $ 1,000
   b. Monthly mortgage payments on house:        $ 500

4. Other information pertinent to affiant's financial debts and obligations:

<u>Bankruptcy trustee</u>   <u>Unknown</u>   <u>$840.00</u>
(Creditor)                    (Total debt)   (Monthly payment)

_____    _____   _____
(Creditor)                    (Total debt)   (Monthly payment)

_____    _____   _____
(Creditor)                    (Total debt)   (Monthly payment)

Other (explain): <u>Midland Mortgage Co. has refused to allow repair of property with insurance money. It is uninhabitable.</u>

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: _____

2. Estimated release or parole date: _____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Larry Plumbough_
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _Orange_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __27__ DAY OF __August__, 20__07__, BY _____
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
(State type of identification)

AS IDENTIFICATION AND WHO (DID  ) (DID NOT  ) TAKE AN OATH.

_Margaret L. Rose_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _____

Margaret L. Rose
Commission #DD276434
Expires: Dec 26, 2007
Bonded Thru
Atlantic Bonding Co., Inc.