# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWRENCE RUMBOUGH,**

      **Plaintiff,**

**-vs-**                                                     Case No. 6:07-cv-1352-Orl-22DAB

**MIDFIRST BANK; MIDLAND MORTGAGE CO.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; KASS, SHULER, SOLOMON, SPECTOR, FOYLE & SINGER, P.A.; and RICHARD S. McIVER,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL PLAINTIFF TO COMPLY WITH DISCOVERY RULES (Doc. No. 51)**
>
> **FILED:** May 9, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff has filed no opposition to the motion, as required by Local Rule 3.01(b). As Plaintiff has failed to timely respond, he concedes that the letters are, in fact, Interrogatories and as such, they well exceed the 25 Interrogatory limit set forth in the Case Management and Scheduling Order (Doc. No. 38). The motion is therefore **granted** to the extent it seeks a protective order excusing Defendant from responding to the "letters" served to date. Plaintiff shall have the opportunity to submit a set of

Interrogatories that complies with the limitations set forth in the Case Management and Scheduling Order.

As for the tone of Plaintiff's communications and emails, Plaintiff is advised that he is subject to Local Rule 2.04(h) (which provides that attorneys *and litigants* shall conduct themselves with civility) as well as the rules of civil procedure, with respect to his duty to conduct this litigation in good faith. While Plaintiff is free to urge the government to file or pursue criminal charges, he is not at liberty to threaten Defendant and counsel with same in connection with this proceeding. Nor is Plaintiff free to use the pendency of this litigation as an opportunity to harass any party or counsel. Plaintiff is advised that such conduct will subject him to sanctions, which may include, if warranted, dismissal of this action. As Defendants are represented by counsel and have expressed a desire for Plaintiff to communicate only through counsel, Plaintiff is **ordered** to do so.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties