Filed
RECEIVED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2009 JUN 15 PM 4:52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LAWRENCE P. RUMBOUGH,

                        Plaintiff,

v.                                        Case No. 6:07-cv-1352-Orl-22DAB

MIDFIRST BANK; MIDLAND MORTGAGE CO.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; KASS, SHULER, SOLOMON, SPECTOR, FOYLE &
SINGER, P.A.; and RICHARD S. MCIVER,

                        Defendants.

## PLAINTIFF'S NOTICE OF FILING AMENDED MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS AND AFFIDAVIT

      Plaintiff, Lawrence P. Rumbough, hereby files Plaintiff's Notice of Filing Amended Motion for Permission to Appeal in Forma Pauperis and Affidavit, and states:

      1. Upon further review of the document, Plaintiff believes that his original answer to #10 of the document may have been in error. It is not clear whether the question refers to the District Court case, the Court of Appeals case, or both.

      2. If it refers to the District Court case, the amended answer is accurate. Plaintiff paid his attorney during the pendency of that case. Plaintiff has not paid, nor does he expect to pay, an attorney for the Court of Appeals case.

Dated: June 15, 2009

Respectfully submitted,

*Lawrence P. Rumbough*

Lawrence P. Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

# Motion for
## Permission to Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

LAWRENCE P. RUMBOUGH

v.

MIDFIRST BANK; MIDLAND MORTGAGE CO.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; KASS, SHULER, SOLOMON, SPECTOR, FOYLE, & SINGER, P.A.; and RICHARD S. MCIVER

Court of Appeals No. 09-12632-F
District Court No. 6:07-cv-1352

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: June 10, 2009           Signed: *Lawrence P. Rumbough*

My issues on appeal are: See attached Civil Appeal Statement

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1,676.25 | $ N/A | $ 1,676.25 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interests and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as Social Security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): N/A | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $ 1,676.25 | $ N/A | $ 1,676.25 | $ N/A |

*(Rev. 12/98)*

2.  *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| State of Florida | 425 N. Orange Ave. Orlando, FL | July 1997-present | $1,676.25 |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3.  *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4.  *How much cash do you and your spouse have?* $ 125.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) $1,000.00 (½ interest) |
|---|---|---|
| N/A | N/A | Make & Year: Saturn 1995 |
| N/A | N/A | Model: SL1 |
| N/A | N/A | Registration #: 556043523 |
| **Other Assets(Value)** | **Other Assets (Value)** | **Motor Vehicle #2 (Value)** |
| N/A | N/A | Make & Year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #: N/A |

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

2

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by you and your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 1,000.00 | $ N/A |
| Are real-estate taxes included? ☐ Yes ☒ No | $ 0 | $ N/A |
| Is property insurance included? ☐ Yes ☒ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 200.00 | $ N/A |
| Clothing | $ 50.00 | $ N/A |
| Laundry and dry-cleaning | $ 10.00 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 70.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50.00 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ N/A |
|     Homeowner's or renter's | $ 0 | $ N/A |
|     Life | $ 0 | $ N/A |
|     Health | $ 0 | $ N/A |
|     Motor Vehicle | $ 68.83 | $ N/A |
|     Other: 0 | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): 0 | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
|     Motor Vehicle | $ 0 | $ N/A |
|     Credit card (name): N/A | $ 0 | $ N/A |
|     Department store (name): N/A | $ 0 | $ N/A |
|     Other: student loan | $ 83.39 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): N/A | $ 0 | $ N/A |
| **Total monthly expenses** | $ 1,732.22 | $ N/A |

3

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☒ No     If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☒ Yes  ☐ No    If yes, how much: $ 10,500.00

    If yes, state the attorney's name, address, and telephone number:

    John C. Klotz, Empire State Building, 350 Fifth Avenue, Suite 4810, New York, NY 10118, (212) 630-2600

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☒ No    If yes, how much? $ N/A

    If yes, state the person's name, address, and telephone number:

    N/A

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    My expenses exceed my income, and I have almost no reserve of funds.

13. *State the address of your legal residence.*

    840 Lilac Trace Lane

    Orlando, FL 32828

    Your daytime phone number: ( 321 ) 331-1859

    Your age: 46          Your years of schooling: 23

    Your Social Security number: 266-858450

4

Rev. 6/98

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CIVIL APPEAL STATEMENT**

Please TYPE. Attach additional pages if necessary.   11th Circuit Docket Number 09-12632-F

| TITLE IN FULL:<br>LAWRENCE P. RUMBOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>MIDFIRST BANK; MIDLAND MORTGAGE CO.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; KASS, SHULER, SOLOMON, SPECTOR, FOYLE, & SINGER, P.A.; and RICHARD S. MCIVER<br><br>Defendants. | DISTRICT: Middle District of Florida<br>NAME OF JUDGE: Anne C. Conway |
|---|---|
| | DATE COMPLAINT FILED: August 27, 2007<br>DISTRICT COURT DOCKET NUMBER: 6:07-cv-1352 |
| | DATE NOTICE OF APPEAL FILED: May 20, 2009<br>IS THIS A CROSS APPEAL? ☐ Yes ☒ No |
| | HAS THIS MATTER BEEN BEFORE THIS COURT PREVIOUSLY? ☐ Yes ☒ No<br>IF YES, PROVIDE:<br>(A) CASE NAME<br>(B) CITATION<br>(C) DOCKET NUMBER |

| | ATTORNEY NAME | MAILING ADDRESS | TELEPHONE AND FAX |
|---|---|---|---|
| FOR APPELLANT:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Lawrence P. Rumbough (pro se) | 840 Lilac Trace Lane, Orlando, FL 32828 | (321) 331-1859 |
| FOR APPELLEE:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | 1. Mark J. Bernet, 2. Robert M. Brochin, 3. Stephen H. Sears | 1. 1505 N. Florida Ave., P.O. Box 800, Tampa, FL 33601; 2. 200 S. Biscayne Blvd., Miami, FL 33131; 3. P.O. Box 1531, Tampa, FL 33601 | 1. (813) 229-0900; 2. (305) 415-3456; 3. (813) 273-4200 |

Circle/check/complete those items below and on page 2 that apply.

| JURISDICTION | NATURE OF JUDGMENT | TYPE OF ORDER | RELIEF |
|---|---|---|---|
| (Federal Question)<br>Diversity<br>US Plaintiff<br>US Defendant | (Final Judgment, 28 USC 1291)<br>Interlocutory Order, 28 USC 1292(a)(1)<br>Interlocutory Order Certified, 28 USC 1292(b)<br>Interlocutory Order, Qualified Immunity<br>Final Agency Action (Review)<br>54(b) | Dismissal/Jurisdiction<br>Default Judgment<br>(Summary Judgment)<br>Judgment/Bench Trial<br>Judgment/Jury Verdict<br>Judgment/Directed Verdict/NOV<br>Injunction<br>Other _____ | Damages.<br>Amount Sought by Plaintiff: $1,000,000.00+<br>Amount Sought by Defendant: $_____<br>Awarded $_____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent    ☐ Denied |

**NATURE OF SUIT** ( • Class Action )

| | | | | | |
|---|---|---|---|---|---|
| Admiralty-Maritime<br>Antitrust<br>Arbitration<br>Assault<br>Attorney Disqualification<br>Banking<br>Bankruptcy | Civil Rights<br>• Title VII<br>• ADA<br>• ADEA<br>• IDEA<br>• Harassment<br>• 1983<br>• Other | Commercial Contract<br>Commodities<br>Communications<br>(Consumer)<br>Copyright/TM/Patent<br>Counsel Fee<br>Election<br>Employment Contract<br>Energy | Environment<br>ERISA<br>FELA<br>Finance<br>FOI<br>Forfeiture<br>Fraud<br>FTCA<br>Indemnity | Insurance<br>Negotiable Instrument<br>Personal Injury<br>Privacy<br>Real Property<br>Review Agency Action<br>Securities<br>Stockholder<br>Slander/Libel | Social Security<br>FLSA<br>US Constitution<br>Warranty<br>Other Contract<br>Other Tort<br>Other Statutory Action |

Page 2

GENERAL

BASED ON YOUR PRESENT KNOWLEDGE:

(1) DOES THIS APPEAL INVOLVE A QUESTION OF FIRST IMPRESSION?  ☐ Yes  ☒ No
WHAT IS THE ISSUE YOU CLAIM IS ONE OF FIRST IMPRESSION?

(2) WILL THE DETERMINATION OF THIS APPEAL TURN ON THE INTERPRETATION OR APPLICATION OF A PARTICULAR CASE OR STATUTE?  ☒ Yes  ☐ No
IF YES, PROVIDE:
(A) CASE NAME/STATUTE/TITLE: 12 U.S.C. §2605; 15 U.S.C. §1692; 15 U.S.C. §1681
(B) CITATION
(C) DOCKET NUMBER, IF UNREPORTED

(3) IS THERE ANY CASE NOW PENDING OR ABOUT TO BE BROUGHT BEFORE THIS COURT OR ANY OTHER COURT OR ADMINISTRATIVE AGENCY THAT:
(A) ARISES FROM SUBSTANTIALLY THE SAME CASE OR CONTROVERSY AS THIS APPEAL?  • Yes  • No
(B) INVOLVES AN ISSUE THAT IS SUBSTANTIALLY THE SAME, SIMILAR, OR RELATED TO AN ISSUE IN THIS APPEAL?  ☐ Yes  ☒ No
IF YES, PROVIDE:
(A) CASE NAME
(B) CITATION
(C) DOCKET NUMBER, IF UNREPORTED
(D) COURT OR AGENCY

(4) WILL THIS APPEAL INVOLVE A CONFLICT OF LAW:
(A) WITHIN THE ELEVENTH CIRCUIT?  ☐ Yes  ☒ No
(B) AMONG CIRCUITS?  ☐ Yes  ☒ No
IF YES, EXPLAIN BRIEFLY:

ISSUES PROPOSED TO BE RAISED ON APPEAL, INCLUDING JURISDICTIONAL CHALLENGES:

Whether there are genuine issues as to material facts and interpretation of law sufficient to defeat summary judgment regarding alleged violations of Real Estate Settlement Procedures Act (RESPA) 12 U.S.C. §2605 by Defendants MidFirst Bank; Midland Mortgage Co.; and Mortgage Electronic Registration Systems, Inc.

Whether there are genuine issues as to material facts and interpretation of law sufficient to defeat summary judgment regarding alleged violations of Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 by Defendants Midland Mortgage Co.; Kass, Shuler, Solomon, Spector, Foyle, & Singer, P.A.; and Richard S. McIver.

Whether there are genuine issues as to material facts and interpretation of law sufficient to defeat summary judgment regarding alleged violations of Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 by Defendant Midland Mortgage Co.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 6th DAY OF June , 2009.

NAME OF COUNSEL (TYPE)                                    SIGNATURE OF COUNSEL
Lawrence P. Rumbough (pro se)                             /s/ Lawrence P. Rumbough

ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b) (judgments and orders appealed from or sought to be reviewed; any supporting opinion, findings of law, and conclusions of law filed by the court or the agency; hearing transcript or officer; any report and recommendation adopted by an order; findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; any agency docket sheet or record index).